**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Richard N. Harding | : | Chapter 13 |
|  | : | Case No.: 19-11995-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that a copy of the Debtor's Objection to Proof of Claim was served on the following parties by electronic means and/or regular US mail:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee

**Regional Acceptance Corporation**
c/o Attention Christina Wilson – *Filed Proof of Claim*
E-Service to: *racbankruptcy@bbandt.com*


Date: 11/09/2021

/s/ Brad J. Sadek
Brad J Sadek, Esq.
Attorney for the Debtor