**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     **Richard Harding** | : | Chapter 13 |
| | : | Case No.: 19-11995-AMC |
|     Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Modify Plan, Modified Plan, and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Standing Chapter 13 Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee

**Keri Ebeck, Esq.**
Counsel on behalf of *Regional Acceptance Corporation*
Electronic Service to kebeck@bernsteinlaw.com; jblueme@bernsteinlaw.com

Dated: February 14, 2023

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor(s)
Sadek & Cooper Law Offices
1500 JFK Boulevard #220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com