**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| **Richard Harding** | : | Chapter 13 |
| | : | Case No.: 19-11995-AMC |
| **Debtor(s)** | : | |

## O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in consideration of the Stipulation of Settlement of Regional Acceptance Corporation.

FURTHER ORDERED:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE