| DATE | DESCRIPTION OF WORKED PERFORMED | PERFORMED BY | HOURS |
|---|---|---|---|
| 10.11.2019 | M4R filed by Regional Acceptance in re vehicle. Communicated w debtor about intention (repo'd) and plan treatment | Attorney | .5 |
| 11.5.2019 | M4R granted, discussed outcome with client and what this means for amending his plan. | Attorney | 1 |
| 11.25.2020 | Mtd for nonpayment. Sent client letter, email, t/c in re payment arrears. Follow-up emails, attended/discussed hearings (x5) | Attorney | 1 |
| 10.11.2022 | Drafted and filed Objection to POC 5 (Regional Acceptance Corporation) | Attorney | .5 |
| 10.28.2022 | CNR/CNR COS filed by Atty, attendance at hearing | Attorney | .8 |
| 1.10.2023 | 2-3 conversations (telephone and email) with client regarding vehicle debt from Regional Acceptance. Intend to enter a Stipulation. | Attorney | |
| 1/15/2023 | Drafting Stipulation, further conversations w creditor regarding the same | Attorney | 1 |
| 1/17/2023 | Client correspondence (email and phone | Paralegal | .5 |
| 1/19/2023 | Final version edited, drafted, and filed: Stipulation of Settlement (POC 5) | Attorney | .5 |
| 1/20/2023 | Order Approving Stipulation entered; circulated to client w update | Paralegal | .5 |
| 2/14/2023 | Drafted Motion to Modify, modified plan to accommodate Stipulation, filed | Attorney | .5 |
| 2/14/2023 | Sent documents to client via email | Attorney | .4 |
| | | | |
| | | | |

**19-11995-amc Richard N. Harding Hours= 7.2**