**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
|    **Richard Harding** | : | **Chapter 13** |
| | : | **Case No.: 19-11995-AMC** |
|    **Debtor(s)** | : | |

## CERTIFICATE OF SERVICE

     I hereby certify that on the date indicated below a true and correct copy of the Supplemental Application for Compensation and notice was served electronically and/or by regular United States mail to the Debtor, all interested parties and creditors, and the Chapter 13 Trustee.

Dated: February 14, 2023

                                                **/s/ Brad J. Sadek, Esquire**
                                                **Brad J. Sadek, Esquire**
                                                **Sadek and Cooper**
                                                **1315 Walnut Street**
                                                **Suite 502**
                                                **Philadelphia, PA 19107**
                                                **Phone: 215-545-0008**
                                                **brad@sadeklaw.com**