**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| **Richard Harding** | : | **Chapter 13** |
| | : | **Case No.: 19-11995-AMC** |
| **Debtor(s)** | : | |

## PRAECIPE TO WITHDRAW

To the Clerk,

    Kindly withdraw the Supplemental Application for Compensation and Notice, filed on 2/14/2023, docket numbers 86 and 87.

                                        Respectfully Submitted,

Dated: February 15, 2023                /s/Brad J. Sadek, Esq
                                            Brad J. Sadek, Esq.
                                            Attorney for Debtor(s)
                                            Sadek & Cooper Law Offices
                                            1315 Walnut Street #502
                                            Philadelphia, PA 19107
                                            215-545-0008
                                            brad@sadeklaw.com